```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| JESUS NORBERTO ARTEAGA-GOMEZ a/k/a CARLOS RUA,<br>       Petitioner,<br><br>       v.<br><br>UNITED STATES OF AMERICA,<br>       Respondent. | CIVIL ACTION NO. 08-10376-PBS |

## DENIAL OF
## CERTIFICATE OF APPEALABILITY

November 12, 2009

Saris, U.S.D.J.

    Pursuant to 28 U.S.C. § 2253(c)(3), I **DENY** the request for a certificate of appealability because the applicant has made no substantial showing of the denial of a constitutional right.


                                                **S/PATTI B. SARIS**
                                                United States District Judge